NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONOR B. COLE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7082

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-0391, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of Honor B. Cole's motion for a 45-day extension of time, until November 21, 2011, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT** 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
John J. Todor, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 0 6 2011

**JAN HORBALY**
**CLERK**